UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10789
_____

In The Matter Of: DON RAY DIXON; DANA DENE DIXON,

                                                    Debtors,

WILLIAM M. RAVKIND,

                                                    Appellant,

                          versus

DALE WOOTTON, Trustee,

                                                    Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:92-CV-2004-P)
_____

May 10, 1996

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

        The court has considered appellant's position in light of
the briefs and pertinent portions of the record.  Having done so,
we find no reversible error of fact or law and affirm for
essentially the reasons stated by the bankruptcy and district
courts.

_____

        [*]    Pursuant to Local Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in Local Rule 47.5.4.

AFFIRMED.